## WILLIAMS v. THE STATE.

(Decided December 19, 1916.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

Per curiam.   Dismissed for failure to file transcript in time.

## WILLIAMS v. THE STATE.

(Decided December 19, 1916.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

Per curiam.   Appeal dismissed.

## WILLINGHAM v. THE STATE.

(Decided January 30, 1917.)

APPEAL from Randolph Circuit Court.

Heard before Hon. THOMAS W. WERT.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—A careful examination of the record discloses no error.   Affirmed.

## WOOTEN v. THE STATE.

(Decided December 19, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. H. ALSTON.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

Per curiam.   Appeal dismissed for failure to file transcript in time.